` IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONLEY B. BRATSCH,

    Plaintiff,

vs.                                   CASE NO. 3:05cv76-RS

JOHN E. POTTER, Postmaster General,
United States Postal Service,

    Defendant.
_____/

## ORDER

Before the court is the magistrate judge's Report and Recommendation (Doc. 17). The plaintiff has not filed objections.

IT IS ORDERED:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Federal Defendant's Motion to Dismiss Or In The Alternative For Summary Judgment (Doc. 11) is granted, and the clerk is directed to enter judgment in favor of defendant and against plaintiff.

3. The clerk is directed to close the file.

ORDERED on February 6, 2006.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**